IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-03271-MSK-BNB

RICHARD RABITO,

Plaintiff,

v.

ACCORDANT HEALTH SERVICES, LLC, a Delaware limited liability company,

Defendant.

_____

**ORDER**
_____

This matter is before me on the parties' **Joint Motion for the Entry of a Stipulated Order of Confidentiality** [Doc. # 25, filed 4/7/2014] (the "Motion"). The Motion is DENIED and the proposed Order of Confidentiality is REJECTED. The parties are granted leave to submit a revised motion and draft order consistent with the comments contained here.

In Gillard v. Boulder Valley School District, 196 F.R.D. 382 (D. Colo. 2000), I set out certain requirements for the issuance of a blanket protective order such as the one sought here. Among other things, I require that any information designated by a party as confidential must first be reviewed by a lawyer and that the designation as confidential must be "based on a good faith belief that [the information] is confidential or otherwise entitled to protection" under Fed. R. Civ. P. 26(c)(1)(G). Gillard, 196 F.R.D. at 386. In addition, I require that the protective order contain a mechanism by which a party may challenge the designation of information as privileged. The addendum to the Gillard decision is a preferred form of protective order. The draft order does not comply with the requirements of Gillard.

IT IS ORDERED that the Motion [Doc. # 25] is DENIED.

Dated April 11, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge