IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-03271-MSK-BNB

RICHARD RABITO

Plaintiff,

v.

ACCORDANT HEALTH SERVICES, LLC, a Delaware limited liability company

Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Richard Rabito and Defendant, Accordant Health Services, LLC, by undersigned counsel, request dismissal with prejudice of this Civil Action and state as follows:

1. The parties have reached an agreement to resolve all claims in this Civil Action.

2. Under this agreement, the parties request that this Court enter an Order dismissing this Civil Action with prejudice, each party to pay his or its own attorney's fees and costs.

Respectfully submitted this ~~1st~~ 3rd day of ~~May~~ June, 2014.

By: *s/David H. Wollins*
David H. Wollins
David H. Wollins, P.C.
950 South Cherry Street, Suite 512
Denver, CO 80246
Telephone: 303.758.8900
dhwollins@dhwpc-law.com

**Attorney for Plaintiff**

By: *s/Todd M. Reed*
Todd M. Reed
EDWARDS WILDMAN PALMER LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 528-5858
treed@edwardswildman.com
-and-

By: *s/Kelley B. Duke*
K.C. Groves
Kelley B. Duke
James R. Silvestro
Ireland Stapleton Pryor & Pascoe, PC
717 17th Street, Suite 2800
Denver, Colorado 80202
kcgroves@irelandstapleton.com
kduke@irelandstapleton.com
jsilvestro@irelandstapleton.com

**Attorneys for Defendant**

SO ORDERED:
Dated: ~~May~~ June ____, 2014.

_____
United States District Judge

2